Leo Daniel **LUTON**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 27350.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of burglary; the penalty assessed is confinement in the state penitentiary for a term of eight years.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.